

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JAN 1 2 2004

T. NOBLIN, CLERK
By_____Deputy

### THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                    PLAINTIFF

V.

M&W AND ASSOCIATES, INC.                                      DEFENDANT

                                        CIVIL ACTION NO. 1:02CV91GR

ROBERT G. MADDOX, JR.                               INTERVENOR-PLAINTIFF

V.

M&W AND ASSOCIATES, INC.                                      DEFENDANT

---

### ORDER

---

THIS CAUSE is before the Court upon the oral motion of M&W and Associates, Inc. for

an extension of time within which to submit its responses to EEOC's First and Second Motions

In Limine served December 30, 2003, and the Court, being fully advised in the premises, is of the

opinion that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that M&W and Associates, Inc. be, and it is hereby,

granted an extension of time for a period up to and through Thursday, January 15, 2004 within

which to submit its responses to Plaintiff's First and Second Motions In Limine in this action.

SO ORDERED, this the ___/ /___ day of JANUARY, 2004.

                                    _____
                                    UNITED STATES DISTRICT JUDGE